*Sage Grp. 1, LLC, et al., Petitioners, v. Kotter et al., Respondents*, No. 92306-0. Petition for review of a decision of the Court of Appeals, No. 71405-8-I, August 24, 2015, 189 Wn. App. 1040. *Denied* March 2, 2016.

*State, Respondent, v. Carrillo-Alejo, Petitioner*, No. 92307-8. Petition for review of a decision of the Court of Appeals, No. 71027-3-I, September 14, 2015, 190 Wn. App. 1002. *Denied* March 2, 2016.

*Salewski, Petitioner, v. Pilchuck Veterinary Hosp., Inc., Respondent*, No. 92317-5. Petition for review of a decision of the Court of Appeals, No. 72314-6-I, August 31, 2015, 189 Wn. App. 898. *Denied* March 2, 2016.

*Shafapay, Petitioner, v. Shafapay, Respondent*, No. 92322-1. Petition for review of a decision of the Court of Appeals, No. 71994-7-I, August 3, 2015, 189 Wn. App. 1017. *Denied* March 2, 2016.

*State, Respondent, v. Phillips, Petitioner*, No. 92323-0. Petition for review of a decision of the Court of Appeals, No. 71821-5-1, August 31, 2015, 189 Wn. App. 1047. *Denied* March 2, 2016.

*In re Marriage of McCarthy*, No. 92328-1. Petition for review of a decision of the Court of Appeals, No. 45956-6-II, September 1, 2015, 189 Wn. App. 1048. *Denied* March 2, 2016.

*State, Respondent, v. Hofstetter, Petitioner*, No. 92329-9. Petition for review of a decision of the Court of Appeals, Nos. 45614-1-II and 46836-1-II, July 21, 2015, 188 Wn. App. 1062. *Denied* March 2, 2016.

*Acharya, Respondent, v. Microsoft Corp., Petitioner*, No. 92338-8. Petition for review of a decision of the Court of Appeals, No. 71420-1-I, June 22, 2015, 189 Wn. App. 243. *Denied* March 2, 2016.